02-10-129-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00129-CV 

 

 


 
 
 Costco Wholesale Corporation
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Christine Tronnes and Vernon A.
 Tronnes
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE
352nd District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Unopposed
Motion To Dismiss.” 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid according to the parties’ agreement.  See generally Tex. R. App. P. 42.1(d), 43.4.

 

PER
CURIAM

PANEL:  GARDNER, J.;
LIVINGSTON, C.J.; and WALKER, J.

 

DELIVERED:
 January 13, 2011











[1]See Tex. R. App. P. 47.4.